UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MATTHIAS JIMMY FRANCOIS                                         CIVIL ACTION

VERSUS                                                          NO. 10-4264

JEFFERSON PARISH, ET AL.                                        SECTION "C"(4)

## O R D E R

The Court, having considered the complaint, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the claims against the Jefferson Parish, Officer Eric Blandford, and Officer Derrick Legget are dismissed as frivolous pursuant to 28 U.S.C. § 1915 as time-barred.

**IT IS FURTHER ORDERED** that Francois; **Motion to Amend Complaint (R. Doc. 5)** is hereby **DENIED**.

New Orleans, Louisiana, this 16th day of March, 2011

_____
UNITED STATES DISTRICT JUDGE